IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
| --- | --- | --- |
| Plaintiff, | * | |
| v. | * | CR. NO. 18-10121-STA |
| WILLIAM HILL JR, | * | |
| Defendant. | * | |

### ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, William Hill Jr., there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The Franks Hearing in this matter shall be set for: **Friday, February 8, 2019 at 1:30 p.m.**

IT IS SO ORDERED, this the 14th day of January, 2019.

    s/S. Thomas Anderson
    HONORABLE S. THOMAS ANDERSON
    CHIEF UNITED STATES DISTRICT JUDGE